908

No. 81–5949.   MORENO *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 81–5980.   WILLIAMS *v.* TEXAS.   Ct. Crim. App. Tex. Certiorari denied.

No. 81–6163.   YOUNG *v.* MARSHALL.   C. A. 6th Cir. Certiorari denied.

No. 81–6166.   BRENT *v.* MARYLAND.   Ct. Sp. App. Md. Certiorari denied.

No. 81–6167.   AFRICA *v.* PENNSYLVANIA ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 81–6175.   NELSON *v.* ENGLE, SUPERINTENDENT, CHILLICOTHE CORRECTIONAL INSTITUTE, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 81–6176.   OWENS *v.* MILLER.   C. A. 3d Cir.   Certiorari denied.

No. 81–6180.   LINDSEY *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 81–6182.   BAKER *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 81–6186.   BRENNIN *v.* KIRBY, COMMISSIONER OF THE SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, ET AL.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 81–6190.   SZIJARTO *v.* SINOW.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 81–6194.   TURNER *v.* ENGLE.   C. A. 6th Cir.   Certiorari denied.